| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN C. GROOM; MICHELLE R. GROOM; DARLENE COLEMAN; and STATE OF WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES, <br><br> Defendants. | NO: 2:16-CV-0340-TOR <br><br> ORDER GRANTING DISMISSAL OF CERTAIN DEFENDANTS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Michelle R. Groom and Darlene Coleman (ECF No. 31). The parties have stipulated to the dismissal of Defendants Groom and Coleman pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

//

ORDER GRANTING DISMISSAL OF CERTAIN DEFENDANTS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Defendants Michelle R. Groom and Darlene Coleman are **DISMISSED** from this action with prejudice and with each party to bear its own costs and fees.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, terminate these two Defendants from the docket and **CLOSE** the file.

Dated January 22, 2018.



THOMAS O. RICE
Chief United States District Judge